UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Romelia GUTIERREZ-Mejia ) <br> A.K.A. Elvia Josefina Rosas PADILLA ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. 08 MJ 0581 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Section 1544 <br> Misuse of Passport |

The undersigned complainant being duly sworn states:

On or about **February 26, 2008**, within the Southern District of California, defendant **Romelia GUTIERREZ-Mejia AKA: Elvia Josefina Rosas PADILLA** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting Official U.S. passport number 038924326, issued to Elvia Josefina Rosas PADILLA to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that she was not Elvia Josefina Rosas PADILLA, that the passport was not issued or designed for her use, and that she is not a United States citizen entitled to a U.S. Passport. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **FEBRUARY** 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On February 26, 2008 at approximately 2:10 PM, **Romelia GUTIERREZ-Mejia A.K.A. Elvia Josefina GUTIERREZ-Mejia (Defendant)**, made application for admission to the United States from Mexico at the San Ysidro Port of Entry via the pedestrian primary lanes. Defendant orally declared United States citizenship and presented a United States passport bearing the name Elvia Josefina Rosas PADILLA to a Customs and Border Protection (CBP) Officer. The primary CBP officer noticed Defendant did not match the picture in the passport and referred Defendant to secondary for further inspection.

During secondary inspection, a valid Columbian passport bearing the true name and photo of Defendant was found concealed in one of her shoes.

Defendant was advised of her Miranda Rights and elected to answer questions without the presence of counsel. Defendant admitted her true and correct name to be Romelia GUTIERREZ-Mejia. Defendant admitted she is a citizen of Colombia without legal documents to enter into the United States. Defendant admitted she presented a United States passport bearing the name Elvia Josefina Rosas PADILLA to a CBP Officer in an attempt to enter the United States. Defendant admitted to purchasing the United States passport in Tijuana, Mexico for $2,000 USD. Defendant admitted she is not the true owner of said passport. Defendant stated she was going to Los Angeles, California to seek employment.