1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Gutierrez-Mejia
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj0581
                                     )
12          Plaintiff,                )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 **ROMELIA GUTIERREZ-MEJIA,**      )
                                     )
15          Defendant.               )
                                     )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                       Respectfully submitted,
21 Dated: March 10, 2008                 *s/ Bridget Kennedy*
                                         Federal Defenders of San Diego, Inc.
22                                       *bridget_kennedy@fd.org*
23
24
25
26
27
28